IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| § | Case No. H-05-0273 |
| § | |
| O'CONNOR INTERNATIONAL, INC., § | |
| § | |
| Debtor § | |

## MEMORANDUM AND ORDER

The Court would like to resolve this case, and the pending state case, through court-sponsored mediation.

The Court has available August 22, 2005 from 9:00 a.m. to 12:00 p.m. and August 23, 2005 from 1:00 p.m. to 4:00 p.m. The parties themselves, as well as counsel, should confer to see which, if either, time is agreeable. If neither is agreeable, the Court needs to know when, prior to September 15, 2005, such a mediation could be held.

IT IS SO ORDERED.

SIGNED this 16th day of August, 2005.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT.**